

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2019

No. 04-19-00476-CV

**IN THE INTEREST OF A.R.R., A CHILD,**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-05-24951-CV
Honorable Cathy Morris, Judge Presiding

# O R D E R

The reporter's record is due on July 22, 2019. Before the due date, court reporter Pam L. Marcinik notified this court that she has not received a Designation of Court Reporter's Record or payment for the record. Appellant's docketing statement indicates Appellant has not requested or paid for the reporter's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, or opts to proceed without a reporter's record, Appellant must file a brief with this court within TWENTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due not later than TEN DAYS from the date Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in an accelerated appeal to ten days).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court